IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FREDERICK BARNUM, | CV. 03-711-MO |
| Petitioner, | ORDER |
| v. | |
| JEAN HILL, | |
| Respondent. | |

MOSMAN, District Judge.

Plaintiff moves to voluntarily dismiss this 28 U.S.C. § 2254 habeas corpus action based on a stipulated agreement with the State. Petitioner's Motion to Dismiss (#61) is GRANTED.

IT IS SO ORDERED.

DATED this __21__ day of February, 2006.

                                            /s/Michael W. Mosman
                                              Michael W. Mosman
                                              United States District Judge